

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-24-00311-CR; 04-24-00312-CR

The **STATE** of Texas,
Appellant

v.

Alejandro **CONTRERAS**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2021CR5251; 2021CR5252
Honorable Michael Mery, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's judgments are REVERSED AND REMANDED.

SIGNED June 4, 2025.

_____
H. Todd McCray, Justice